# Exhibit A

FILED DATE: 6/4/2021 3:26 PM 2021L005789

TRT/kh

File No. 20N-003

Atty No. 60615
FILED
6/4/2021 3:26 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

GEORGE KOSCIANIUK,                          )
                                            )
         Plaintiff,                         )
                                            )
v.                                          )   Case No. 2021L005789
                                            )
ZOKAR LOGISTICS, INC., a                    )   **JURY DEMAND**
Michigan Corporation, by and through its    )
authorized agents and employees, including but not )
limited to, SADEK N. ALZOKARI, and          )
SADEK N. ALZOKARI, individually,            )
                                            )
         Defendants.                        )

## COMPLAINT AT LAW

NOW COMES the plaintiff, GEORGE KOSCIANIUK, JR., by and through his attorneys,

McNABOLA & ASSOCIATES, L.L.C., complaining of the defendants, ZOKAR LOGISTICS,

INC., a Michigan Corporation, by and through its authorized agents and employees, including but

not limited to SADEK ALZOKARI, and SADEK ALZOKARI, individually, and states as follows:

### COUNT I
*Negligence v. Zokar Logistics, INC.*

1.    Illinois has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(a)(2) and

venue is proper pursuant to 735 ILCS 5/2-101.

2.    On December 10, 2019, and at all times material, the defendant, ZOKAR

LOGISTICS, INC., was a corporation organized and existing pursuant to the laws of the State of

Michigan.

3.    On December 10, 2019, and at all times material, the defendant, SADEK

ALZOKARI, was an employee of ZOKAR LOGISTICS, INC., acting within the course and scope

of that relationship.

FILED DATE: 6/4/2021 3:26 PM   2021L005789

4.    On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an actual and/or apparent agent of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

5.    On and before December 10, 2019, 159th Street was a roadway running in an east/west direction at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

6.    On and before December 10, 2019, Farrell Road was a roadway running in a north/south direction at or nears its intersection with 159th Street in the City of Lockport, County of Will, State of Illinois.

7.    On December 10, 2019, the plaintiff, GEORGE KOSCIANIUK, owned, operated, managed, maintained and/or controlled a motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

8.    On December 10, 2019, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owned, operated, managed, maintained and/or controlled a commercial motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

9.    On December 10, 2019, the motor vehicle then and there being operated by GEORGE KOSCIANIUK was stopped at a red light on Eastbound 159th Street at its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

10.    On December 10, 2019, the commercial motor vehicle owned, operated, controlled and/or managed by the defendant, ZOKAR, by and through its authorized agents and employees,

including but not limited to, SADEK ALZOKARI, failed to stop and came into violent contact with the motor vehicle then and there being operated by the plaintiff, GEORGE KOSCIANIUK.

11.     At all times relevant, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owed a duty of reasonable care to members of the public including the plaintiff, GEORGE KOSCIANIUK, in the operation of a commercial motor vehicle.

12.     On December 10, 2019, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, was negligent in one or more of the following ways:

   a. Carelessly and negligently operated, owned, managed, maintained, and/or controlled, and drove a commercial motor vehicle into a collision with the motor vehicle behind the vehicle then and there being operated by the plaintiff;

   b. Carelessly and negligently operated its commercial motor vehicle without keeping proper lookout;

   c. Carelessly and negligently proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, or which endangered the safety of persons;

   d. Carelessly and negligently failed to decrease speed so as to avoid colliding with another vehicle;

   e. Carelessly and negligently failed to equip said commercial motor vehicle with adequate brakes;

   f. Carelessly and negligently failed to give audible warning with its horn when such warning was reasonably necessary to insure safety;

   g. Carelessly and negligently failed to yield the right-of-way to motor vehicle being driven by GEORGE KOSCIANIUK, JR.;

   h. Carelessly and negligently failed to exercise due care;

   i. Carelessly and negligently inspected, serviced, or otherwise mechanically maintained the commercial motor vehicle, by and through its authorized agents and employees, at the facility located at its principal place of business;

   j. Failed to investigate SADEK ALZOKARI's background in operating commercial motor vehicles;

   k. Carelessly and negligently hired SADEK ALZOKARI to act as a commercial motor vehicle driver;

   l. Negligently entrusted SADEK ALZOKARI to drive a commercial motor vehicle; and/or

3

FILED DATE: 6/4/2021 3:26 PM   2021L005789

m.  Failed to properly supervise SADEK ALZOKARI.

13.  As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, ZOKAR, by and through its authorized agent and employee, including but not limited to SADEK ALZOKARI, the plaintiff, GEORGE KOSCIANIUK, suffered damages of a personal and pecuniary nature.

WHEREFORE, the plaintiff, GEORGE KOSCIANIUK, demands judgment against the defendant, ZOKAR LOGISITCS, INC., a Michigan Corporation, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, in an amount in excess of the jurisdictional limit of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

## COUNT II
### *Negligence v. Sadek Alzokari, Individually*

1.  Illinois has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(a)(2) and venue is proper pursuant to 735 ILCS 5/2-101.

2.  On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an employee of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

3.  On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an actual and/or apparent agent of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

4.  On and before December 10, 2019, 159th Street was a roadway running in an east/west direction at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

4

FILED DATE: 6/4/2021 3:26 PM    2021L005789

5.      On and before December 10, 2019, Farrell Road was a roadway running in a north/south direction at or nears its intersection with 159th Street in the City of Lockport, County of Will, State of Illinois.

6.      On December 10, 2019, the plaintiff, GEORGE KOSCIANIUK, owned, operated, managed, maintained and/or controlled a motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

7.      On December 10, 2019, the defendant, SADEK ALZOKARI, Individually, owned, operated, managed, maintained and/or controlled a commercial motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

8.      On December 10, 2019, the motor vehicle then and there being operated by GEORGE KOSCIANIUK was stopped at a red light on Eastbound 159th Street at its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

9.      On December 10, 2019, the commercial motor vehicle owned, operated, controlled and/or managed by the defendant, SADEK ALZOKARI, Individually, failed to stop and came into violent contact with the motor vehicle then and there being operated by the plaintiff, GEORGE KOSCIANIUK.

10.     At all times relevant, the defendant, SADEK ALZOKARI, Individually, owed a duty of reasonable care to members of the public including the plaintiff, GEORGE KOSCIANIUK, in the operation of a commercial motor vehicle.

11.     On December 10, 2019, the defendant, SADEK ALZOKARI, Individually, was negligent in one or more of the following ways:

         a.     Carelessly and negligently operated, owned, managed, maintained, and/or controlled, and drove a commercial motor vehicle into a collision with the

FILED DATE: 6/4/2021 3:26 PM   2021L005789

motor vehicle behind the vehicle then and there being operated by the plaintiff;

b.    Carelessly and negligently operated its commercial motor vehicle without keeping proper lookout;

c.    Carelessly and negligently proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, or which endangered the safety of persons;

d.    Carelessly and negligently failed to decrease speed so as to avoid colliding with another vehicle;

e.    Carelessly and negligently failed to equip said commercial motor vehicle with adequate brakes;

f.    Carelessly and negligently failed to give audible warning with its horn when such warning was reasonably necessary to insure safety;

g.    Carelessly and negligently failed to yield the right-of-way to motor vehicle being driven by GEORGE KOSCIANIUK, JR.;

h.    Carelessly and negligently failed to exercise due care; and/or

i.    Carelessly and negligently inspected, serviced, or otherwise mechanically maintained the commercial motor vehicle, by and through its authorized agents and employees, at the facility located at its principal place of business.

12.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, SADEK ALZOKARI, Individually, the plaintiff, GEORGE KOSCIANIUK, suffered damages of a personal and pecuniary nature.

WHEREFORE, the plaintiff, GEORGE KOSCIANIUK, demands judgment against the defendant, SADEK ALZOKARI, Individually, in an amount in excess of the jurisdictional limit of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

Respectfully submitted,

_____
Attorney for Plaintiff

Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
**McNABOLA & ASSOCIATES, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
tom@injuryillinois.com
Atty No. 60615

6

FILED DATE: 6/4/2021 3:26 PM  2021L005789

TRT/kh                          File No. 20N-003                    Atty No: 60615

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| GEORGE KOSCIANIUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| ZOKAR LOGISTICS, INC., a ) | **JURY DEMAND** |
| Michigan Corporation, by and through its ) | |
| authorized agents and employees, including but not ) | |
| limited to, SADEK N. ALZOKARI, and ) | |
| SADEK N. ALZOKARI, individually, ) | |
| ) | |
| Defendants. ) | |

### *JURY DEMAND*

The undersigned demands a jury trial.

Attorney for the Plaintiff

Thomas R. Trench, Esq.
**MCNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, IL 60601
(312) 888-7000
ted@injuryillinois.com

7

TRT/kh

File No. 20N-003

Atty No: 60615

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
6/4/2021 3:26 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

GEORGE KOSCIANIUK,                              )
                                                )
           Plaintiff,                           )
                                                )
v.                                              )   Case No. 2021L005789
                                                )
ZOKAR LOGISTICS, INC., a                        )   **JURY DEMAND**
Michigan Corporation, by and through its        )
authorized agents and employees, including but not )
limited to, SADEK N. ALZOKARI, and              )
SADEK N. ALZOKARI, individually,                )
                                                )
           Defendants.                          )

## *AFFIDAVIT*

I, Thomas R. Trench, Esq., the affiant on oath states:

The total of money damages sought in this matter does exceed $50,000.00.

Attorney for Plaintiff

SUBSCRIBED AND SWORN to me
Before this ⅛ day of _____ June _____ 2021.

_____
NOTARY PUBLIC

TAMMY RICHTER
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 31, 2022

FILED DATE: 6/4/2021 3:26 PM   2021L005789

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

GEORGE KOSCIANIUK,

_____

                                    Plaintiff(s)

                        v.                          Case No.    20 L 5789

SADEK ALZOKARI, et al.,

_____

                                    Defendant(s)

*Zokar Logistics, Inc.*
*1999 Throwbridge St   Hamtramck,*
*                        MI 48212*
                        Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail   ○ Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** **Your appearance date is NOT a court date.** It is the deadline
for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED
TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/
answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/
approved/procedures/appearance.asp. After completing and saving your Appearance form, you can
electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

Summons - Alias Summons                                                    (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

- Atty. No.: 60601
- Pro Se 99500

Name: McNabola & Associates, LLC

Atty. for (if applicable):

Plaintiff

Address: 161 N. Clark Street, Suite 2550

City: Chicago

State: IL    Zip: 60601

Telephone: 312-888-7000

Primary Email: tom@injuryillinois.com

Witness date _____

6/7/2021 11:19 AM IRIS Y. MARTINEZ

_____

Iris Y. Martinez, Clerk of C...

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                          OR
                          ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

#### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

#### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

GEORGE KOSCIANIUK,

Plaintiff(s)

v.

SADEK ALZOKARI, et al.,

Case No. 20 L 5789

Defendant(s)

*Sadek Alzokari*
*6299 Pinecroft Ct Flint, MI 48532*

Address of Defendant(s)

Please serve as follows (check one):  ○ Certified Mail  ○ Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE**: **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons**　　　　　　　　　　　　　　　　　　　　(03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

- Atty. No.: 60601
- Pro Se 99500

Name: McNabola & Associates, LLC

Atty. for (if applicable):

Plaintiff

Address: 161 N. Clark Street, Suite 2550

City: Chicago

State: IL　　Zip: 60601

Telephone: 312-888-7000

Primary Email: tom@injuryillinois.com

Witness date _____

6/7/2021 11:19 AM IRIS Y. MARTINEZ

_____

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

#### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

#### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

GEORGE KOSCIANIUK,

_____

Plaintiff(s)

v.

SADEK ALZOKARI, et al.,

_____

Defendant(s)

Case No.   20 L 5789

*Sadek Alzokari*
*6299 Pinecroft Ct Flint, MI 48532*
Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail   ○ Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE: Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/ answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/ approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons                  (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www. cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

- Atty. No.: 60601
- Pro Se 99500

Name: McNabola & Associates, LLC
Atty. for (if applicable):

Plaintiff

Address: 161 N. Clark Street, Suite 2550

City: Chicago

State: IL    Zip: 60601

Telephone: 312-888-7000

Primary Email: tom@injuryillinois.com

Witness date _____

6/7/2021 11:19 AM IRIS Y. MARTINEZ

_____
Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                    OR
                    ChildSupCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:     (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:     (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:     (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:     (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:     (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:     (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:     (708) 232-4551

FILED DATE: 6/7/2021 11:16 AM  2021L005789

TRT/tar        File No. 21-4        Atty No: 60615

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FILED
6/7/2021 11:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789

13586750

| | |
|---|---|
| GEORGE KOSCIANIUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 21 L 5789 |
| | ) |
| ZOKAR LOGISTICS, INC., a | )    **JURY DEMAND** |
| Michigan Corporation, by and through its | ) |
| authorized agents and employees, including but not | ) |
| limited to, SADEK N. ALZOKARI, and | ) |
| SADEK N. ALZOKARI, individually, | ) |
| | ) |
| Defendants. | ) |

## *ROUTINE NOTICE OF MOTION*

To:    **No Notice Required - Defendants Yet to Appear**

On **June 8, 2021** at 9:00 a.m., I shall electronically submit **PLAINTIFF'S ROUTINE
MOTION TO APPOINT SPECIAL PROCESS SERVER** to the Honorable James N. O'Hara
via email address: LAW.CALAcc@cookcountyil.gov

| | | | |
|---|---|---|---|
| **Name:** | McNabola & Associates, LLC | **Attorney for:** | Plaintiff |
| **Address:** | 161 N. Clark Street, #2550 | **City:** | Chicago, IL 60601 |
| **Telephone:** | (312) 888-7000 | **Atty. No:** | 60615 |

## PROOF OF SERVICE VIA EMAIL

     I, the undersigned, a non-attorney, on oath state, I served this notice by mailing a copy to
the above-named attorneys at their respective address(es) via email on _____ 2021.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL**

TRT/tar

File No. 21-4

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
6/7/2021 11:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789

13586750

| | |
|---|---|
| GEORGE KOSCIANIUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21 L 5789 |
| | ) |
| ZOKAR LOGISTICS, INC., a | ) **JURY DEMAND** |
| Michigan Corporation, by and through its | ) |
| authorized agents and employees, including but not | ) |
| limited to, SADEK N. ALZOKARI, and | ) |
| SADEK N. ALZOKARI, individually, | ) |
| | ) |
| Defendants. | ) |

FILED DATE: 6/7/2021 11:16 AM    2021L005789

## PLAINTIFFS' MOTION TO APPOINT
## SPECIAL PROCESS SERVER

Plaintiff, GEORGE KOSCIANIUK, by and through his attorneys, McNABOLA &

ASSOCIATES, LLC, moves this Honorable Court for leave to appoint Keeley Investigation, Inc.

as Special Process Server for the reasons set forth as follows:

1.    The employees of Keeley Investigation, Inc., are over the age of 18 and not a

party to this action.

WHEREFORE, Plaintiff, GEORGE KOSCIANIUK, moves that Gerald D Keeley

#115.001149 and/or the company Keeley Investigations Inc. #117.001681 be appointed as

Special Process Server.

Respectfully Submitted,

_____

Attorney for Plaintiff

Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
**McNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
tom@injuryillinois.com

TRT/tar         File No. 21-4        Atty No: 60615

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| GEORGE KOSCIANIUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21 L 5789 |
| | ) | |
| ZOKAR LOGISTICS, INC., a | ) | **JURY DEMAND** |
| Michigan Corporation, by and through its | ) | |
| authorized agents and employees, including but not | ) | |
| limited to, SADEK N. ALZOKARI, and | ) | |
| SADEK N. ALZOKARI, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ROUTINE ORDER

This cause coming to be heard upon the plaintiffs' Motion to Appoint Special Process

Server, due notice having been given and the Court being fully advised in the premises.

IT IS HEREBY ORDERED THAT:

Gerald D Keeley #115.001149 and/or the company Keeley Investigations Inc.

#117.001681 be appointed as Special Process is hereby appointed as Special Process Server.

ENTER:

JUDGE: _____

**McNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000

```
ENTERED
Judge James N. O'Hara-1983
JUN 8 - 2021
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```



TRT/tar

File No. 21-4

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
6/25/2021 2:29 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789

FILED DATE: 6/25/2021 2:29 PM   2021L005789

GEORGE KOSCIANIUK,      )
                        )
        Plaintiff,      )
                        )
        v.              )     Case No. 21 L 5789
                        )
ZOKAR LOGISTICS, INC., a )    **JURY DEMAND**
Michigan Corporation, by and through its )
authorized agents and employees, including but not )
limited to, SADEK N. ALZOKARI, and )
SADEK N. ALZOKARI, individually, )
                        )
        Defendants.     )

**NOTICE OF FILING**

TO:  **No Notice Required - Defendants Yet to Appear**

YOU ARE HEREBY NOTIFIED that on **June 25, 2021** there was filed with the Circuit Court of
Cook County, Illinois, **AFFIDAVIT OF SERVICE ON ZOKAR LOGISTICS, INC. and
SADEK ZLZOKARI,** copies of which are attached hereto.

*Mcnabola & associates, llc*

MCNABOLA & ASSOCIATES, LLC.
161 N. Clark Street, Suite 2550
Chicago, IL   60601
312/888-7000

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

**CERTIFICATION**

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure,
the undersigned certifies it to be true that he/she served the above and foregoing Notice of Filing
by depositing in the U.S. Mail Chute located at 161 N. Clark Street, Chicago, Illinois, a true and
correct copy thereof in a sealed envelope, first class mail, postage prepaid, addressed to the said
person(s) to whom said Notice of Filing is directed on _____.

_____ N/A

## AFFIDAVIT OF SERVICE

| Case: 20 L 5789 | Court: CIRCUIT | County: COOK, IL | Job: 5800632 |
|---|---|---|---|
| Plaintiff / Petitioner: GEORGE KOSCIANIUK | | Defendant / Respondent: SADEK ALZOKARI ET AL | |
| Received by: KEELEY INVESTIGATIONS INC | | For: McNABOLA & ASSOCIATES | |
| To be served upon: SADEK ALZOKARI | | | |

I, Gina Sharbowski, being duly sworn, depose and say: In accordance with 735 ILCS 5/2-202 I left a copy of the documents at the subject's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informed that person of the contents; and on the day following service, I mailed a copy of the documents in a sealed envelope with postage fully prepaid, addressed to the subject at his or her usual place of abode.

**Recipient Name / Address:**   HANIN ALZOKARI, 6299 PINECROFT CT, FLINT, MI 48532

**Manner of Service:**   Substitute Service - Abode, Jun 16, 2021, 8:48 pm EDT

**Documents:**   SUMMONS et al

### Additional Comments:
Successful Attempt: Jun 16, 2021, 8:48 pm EDT at 6299 PINECROFT CT, FLINT, MI 48532 received by HANIN ALZOKARI. Age: 20; Ethnicity: Middle Eastern; Gender: Female.

Gina Sharbowski
Agent of Keeley Investigations Inc
Agency License #117.001681
exp 08/31/23

**JUN 1 8 2021**
Date

**Gina Sharbowski**
Process Server

KEELEY INVESTIGATIONS INC
PO BOX 3062
OAK BROOK, IL 60522-3062

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

**JUN 1 8 2021**
Date

$\alpha_0/11/2025$
Commission Expires

**Kayla Basler**
Notary Public. State of Michigan
County of Oakland
My Commission Expires 06/11/2025.
Acting in the county of _Oakland_

FILED DATE: 6/25/2021 2:29 PM   2021L005789

FILED DATE: 6/25/2021 2:29 PM    2021L005789

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 20 L 5789 | CIRCUIT | COOK, IL | 5810996 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| GEORGE KOSCIANIUK | SADEK ALZOKARI ET AL |

| Received by: | For: |
|---|---|
| KEELEY INVESTIGATIONS INC | McNABOLA & ASSOCIATES |

| To be served upon: |
|---|
| ZOKAR LOGISTICS INC |

I, Ted Wrubel, being duly sworn, depose and say: In accordance with 735 ILCS 5/2-202 I left a copy of the documents with an authorized agent to accept service.

**Recipient Name / Address:**   NASHIA ALZOKARI, 1999 TROWBRIDGE ST, HAMTRAMCK, MI 48212

**Manner of Service:**   Agency, Jun 15, 2021, 10:45 am EDT

**Documents:**   SUMMONS et al

### Additional Comments:
Successful Attempt: Jun 15, 2021, 10:45 am EDT at 1999 TROWBRIDGE ST, HAMTRAMCK, MI 48212 received by NASHIA ALZOKARI. Age: 35; Ethnicity: Middle Eastern; Gender: Female.

_6/22/2021_
Date

Ted Wrubel
Agent of Keeley Investigations Inc
Agency License #117.001681
exp 08/31/23

KEELEY INVESTIGATIONS INC
PO BOX 3062
OAK BROOK, IL 60522-3062

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_Daniel J Peters_
Notary Public

_6/22/2021_     _2/9/2024_
Date          Commission Expires

DANIEL J. PETERS
Notary Public, State of Michigan
County of Macomb
My Commission Expires Feb. 09, 2024
Acting in the County of _macomb_

TRT/tar        File No. 21-4        Atty No: 60615

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

FILED
8/10/2021 11:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789

14374618

| | |
|---|---|
| GEORGE KOSCIANIUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21 L 5789 |
| | ) |
| ZOKAR LOGISTICS, INC., a | ) **JURY DEMAND** |
| Michigan Corporation, by and through its | ) |
| authorized agents and employees, including but not | ) |
| limited to, SADEK N. ALZOKARI, and | ) |
| SADEK N. ALZOKARI, individually, | ) |
| | ) |
| Defendants. | ) |

## *NOTICE OF MOTION*

To: **No Notice Required - Defendants Yet to Appear**

On **August 16, 2021** at 9:00 a.m., I shall electronically submit **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AT LAW ADDING UNITED TRANSPORT, INC. AS AN ADDITIONAL DEFENDANT** to the Honorable James N. O'Hara via email address: LAW.CALAcc@cookcountyil.gov

| | | | |
|---|---|---|---|
| **Name:** | McNabola & Associates, LLC | **Attorney for:** | Plaintiff |
| **Address:** | 161 N. Clark Street, #2550 | **City:** | Chicago, IL 60601 |
| **Telephone:** | (312) 888-7000 | **Atty. No:** | 60615 |

## PROOF OF SERVICE VIA EMAIL

I, the undersigned, a non-attorney, on oath state, I served this notice by mailing a copy to the above-named attorneys at their respective address(es) via email on _____, 2021.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL**

FILED
8/10/2021 11:11 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789

14374618

TRT/pcj          File No. 20N-003            Atty No: 60615

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| GEORGE KOSCIANIUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21 L 5789 |
| | ) | |
| ZOKAR LOGISTICS, INC., a | ) | **JURY DEMAND** |
| Michigan Corporation, by and through its | ) | |
| authorized agents and employees, including but not | ) | |
| limited to, SADEK N. ALZOKARI, and | ) | |
| SADEK N. ALZOKARI, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AT LAW ADDING UNITED TRANSPORT, INC. AS AN ADDITIONAL DEFENDANT

Plaintiff, GEORGE KOSCIANIUK, by and through his attorneys, McNABOLA &

ASSOCIATES, LLC, moves this Honorable Court for leave to file first amended complaint at

law adding United Transport, Inc. for the reasons set forth as follows:

1.      This negligence cause of action stems from a motor vehicle accident occurring on

December 10, 2019.

2.      On June 4, 2021, Plaintiff filed his Complaint at Law.

3.      Plaintiff has recently learned that the defendant, SADEK N. ALZOKARI, may

have been an agent and/or employee of UNITED TRANSPORT, INC., at the time of the

occurrence.

4.      Plaintiff requests leave of court to add UNITED TRANSPORT, INC. as a

defendant in this matter.

WHEREFORE, Plaintiff, GEORGE KOSCIANIUK, moves this Honorable Court for

leave to file the First Amended Complaint at Law adding UNITED TRANSPORT, INC. as a

defendant, or for whatever other relief this Court deems just.

Respectfully Submitted,

Attorney for Plaintiff

Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
**McNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
ted@injuryillinois.com
tammy@injuryillinois.com

FILED DATE: 8/10/2021 11:11 AM    2021L005789

TRT/tar             File No. 21-4             Atty No: 60615

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

GEORGE KOSCIANIUK,             )
            )
        Plaintiff,             )
            )
        v.             )      Case No. 21 L 5789
            )
ZOKAR LOGISTICS, INC., a             )      **JURY DEMAND**
Michigan Corporation, by and through its      )
authorized agents and employees, including but not )
limited to, SADEK N. ALZOKARI, and      )
SADEK N. ALZOKARI, individually,      )
            )
        Defendants.             )

## ORDER

This cause coming to be heard upon the plaintiffs' Motion for Leave to File First

Amended Complaint at Law, due notice having been given and the Court being fully advised in

the premises.

IT IS HEREBY ORDERED THAT:

Plaintiff is granted leave to File First Amended Complaint at Law adding United

Transport, Inc. as an additional defendant, *instanter*.



ENTER: _____

JUDGE: _____



**McNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000

TRT/tar

File No. 21-4

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FILED
8/17/2021 10:33 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789
14460259

FILED DATE: 8/17/2021 10:33 AM   2021L005789

GEORGE KOSCIANIUK,                )
                                  )
         Plaintiff,               )
                                  )
              v.                  )    Case No. 21 L 5789
                                  )
ZOKAR LOGISTICS, INC., a          )    **JURY DEMAND**
Michigan Corporation, by and through its )
authorized agents and employees, including but not )
limited to, SADEK N. ALZOKARI, and )
SADEK N. ALZOKARI, individually,  )
                                  )
         Defendants.              )

## NOTICE OF FILING

TO:  **No Notice Required - Defendants Yet to Appear**

YOU ARE HEREBY NOTIFIED that on **August 17, 2021** there was filed with the Circuit Court of Cook County, Illinois, **PLAINTIFF'S AMENDED COMPLAINT AT LAW,** copies of which are attached hereto.

*McNabola & Associates, LLC*

MCNABOLA & ASSOCIATES, LLC.
161 N. Clark Street, Suite 2550
Chicago, IL  60601
312/888-7000

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## CERTIFICATION

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies it to be true that he/she served the above and foregoing Notice of Filing by depositing in the U.S. Mail Chute located at 161 N. Clark Street, Chicago, Illinois, a true and correct copy thereof in a sealed envelope, first class mail, postage prepaid, addressed to the said person(s) to whom said Notice of Filing is directed on _____.

_____

TRT/pcj

File No. 21-004

FILED
8/17/2021 10:33 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005789
14460259

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 8/17/2021 10:33 AM   2021L005789

| | | |
|---|---|---|
| GEORGE KOSCIANIUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21 L 5789 |
| | ) | |
| ZOKAR LOGISTICS, INC., a | ) | **JURY DEMAND** |
| Michigan Corporation, by and through its | ) | |
| authorized agents and employees, including but not | ) | |
| limited to, SADEK N. ALZOKARI, and | ) | |
| SADEK N. ALZOKARI, individually, and | ) | |
| UNITED TRANSPORT, INC., an Indiana | ) | |
| Corporation, by and through its authorized agents | ) | |
| and employees, including but not limited to SADEK | ) | |
| N. ALZOKARI, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED COMPLAINT AT LAW**

NOW COMES the plaintiff, GEORGE KOSCIANIUK, JR., by and through his attorneys,

McNABOLA & ASSOCIATES, L.L.C., complaining of the defendants, ZOKAR LOGISTICS,

INC., a Michigan Corporation, by and through its authorized agents and employees, including but

not limited to SADEK ALZOKARI, and SADEK ALZOKARI, individually, and states as follows:

**COUNT I**
***Negligence v. Zokar Logistics, INC.***

1.    Illinois has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(a)(2) and

venue is proper pursuant to 735 ILCS 5/2-101.

2.    On December 10, 2019, and at all times material, the defendant, ZOKAR

LOGISTICS, INC., was a corporation organized and existing pursuant to the laws of the State of

Michigan.

1

FILED DATE: 8/17/2021 10:33 AM   2021L005789

3.      On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an employee of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

4.      On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an actual and/or apparent agent of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

5.      On and before December 10, 2019, 159th Street was a roadway running in an east/west direction at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

6.      On and before December 10, 2019, Farrell Road was a roadway running in a north/south direction at or nears its intersection with 159th Street in the City of Lockport, County of Will, State of Illinois.

7.      On December 10, 2019, the plaintiff, GEORGE KOSCIANIUK, owned, operated, managed, maintained and/or controlled a motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

8.      On December 10, 2019, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owned, operated, managed, maintained and/or controlled a commercial motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

9.      On December 10, 2019, the motor vehicle then and there being operated by GEORGE KOSCIANIUK was stopped at a red light on Eastbound 159th Street at its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

2

FILED DATE: 8/17/2021 10:33 AM   2021L005789

10.     On December 10, 2019, the commercial motor vehicle owned, operated, controlled and/or managed by the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, failed to stop and came into violent contact with the motor vehicle then and there being operated by the plaintiff, GEORGE KOSCIANIUK.

11.     At all times relevant, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owed a duty of reasonable care to members of the public including the plaintiff, GEORGE KOSCIANIUK, in the operation of a commercial motor vehicle.

12.     On December 10, 2019, the defendant, ZOKAR, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, was negligent in one or more of the following ways:

        a.     Carelessly and negligently operated, owned, managed, maintained, and/or controlled, and drove a commercial motor vehicle into a collision with the motor vehicle behind the vehicle then and there being operated by the plaintiff;

        b.     Carelessly and negligently operated its commercial motor vehicle without keeping proper lookout;

        c.     Carelessly and negligently proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, or which endangered the safety of persons;

        d.     Carelessly and negligently failed to decrease speed so as to avoid colliding with another vehicle;

        e.     Carelessly and negligently failed to equip said commercial motor vehicle with adequate brakes;

        f.     Carelessly and negligently failed to give audible warning with its horn when such warning was reasonably necessary to insure safety;

        g.     Carelessly and negligently failed to yield the right-of-way to motor vehicle being driven by GEORGE KOSCIANIUK, JR.;

        h.     Carelessly and negligently failed to exercise due care;

        i.     Carelessly and negligently inspected, serviced, or otherwise mechanically maintained the commercial motor vehicle, by and through its authorized agents and employees, at the facility located at its principal place of business;

        j.     Failed to investigate SADEK ALZOKARI's background in operating commercial motor vehicles;

3

FILED DATE: 8/17/2021 10:33 AM    2021L005789

k.  Carelessly and negligently hired SADEK ALZOKARI to act as a commercial motor vehicle driver;

l.  Negligently entrusted SADEK ALZOKARI to drive a commercial motor vehicle; and/or

m.  Failed to properly supervise SADEK ALZOKARI.

13.  As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, ZOKAR, by and through its authorized agent and employee, including but not limited to SADEK ALZOKARI, the plaintiff, GEORGE KOSCIANIUK, suffered damages of a personal and pecuniary nature.

WHEREFORE, the plaintiff, GEORGE KOSCIANIUK, demands judgment against the defendant, ZOKAR LOGISITCS, INC., a Michigan Corporation, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, in an amount in excess of the jurisdictional limit of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

## COUNT II
### *Negligence v. Sadek Alzokari, Individually*

1.  Illinois has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(a)(2) and venue is proper pursuant to 735 ILCS 5/2-101.

2.  On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an employee of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

3.  On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an actual and/or apparent agent of ZOKAR LOGISTICS, INC., acting within the course and scope of that relationship.

4.  On and before December 10, 2019, 159th Street was a roadway running in an east/west direction at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

4

FILED DATE: 8/17/2021 10:33 AM   2021L005789

5.      On and before December 10, 2019, Farrell Road was a roadway running in a north/south direction at or nears its intersection with 159th Street in the City of Lockport, County of Will, State of Illinois.

6.      On December 10, 2019, the plaintiff, GEORGE KOSCIANIUK, owned, operated, managed, maintained and/or controlled a motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

7.      On December 10, 2019, the defendant, SADEK ALZOKARI, Individually, owned, operated, managed, maintained and/or controlled a commercial motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

8.      On December 10, 2019, the motor vehicle then and there being operated by GEORGE KOSCIANIUK was stopped at a red light on Eastbound 159th Street at its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

9.      On December 10, 2019, the commercial motor vehicle owned, operated, controlled and/or managed by the defendant, SADEK ALZOKARI, Individually, failed to stop and came into violent contact with the motor vehicle then and there being operated by the plaintiff, GEORGE KOSCIANIUK.

10.     At all times relevant, the defendant, SADEK ALZOKARI, Individually, owed a duty of reasonable care to members of the public including the plaintiff, GEORGE KOSCIANIUK, in the operation of a commercial motor vehicle.

11.     On December 10, 2019, the defendant, SADEK ALZOKARI, Individually, was negligent in one or more of the following ways:

        a.      Carelessly and negligently operated, owned, managed, maintained, and/or
                controlled, and drove a commercial motor vehicle into a collision with the

5

FILED DATE: 8/17/2021 10:33 AM   2021L005789

motor vehicle behind the vehicle then and there being operated by the plaintiff;

b. Carelessly and negligently operated its commercial motor vehicle without keeping proper lookout;

c. Carelessly and negligently proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, or which endangered the safety of persons;

d. Carelessly and negligently failed to decrease speed so as to avoid colliding with another vehicle;

e. Carelessly and negligently failed to equip said commercial motor vehicle with adequate brakes;

f. Carelessly and negligently failed to give audible warning with its horn when such warning was reasonably necessary to insure safety;

g. Carelessly and negligently failed to yield the right-of-way to motor vehicle being driven by GEORGE KOSCIANIUK, JR.;

h. Carelessly and negligently failed to exercise due care; and/or

i. Carelessly and negligently inspected, serviced, or otherwise mechanically maintained the commercial motor vehicle, by and through its authorized agents and employees, at the facility located at its principal place of business.

12. As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, SADEK ALZOKARI, Individually, the plaintiff, GEORGE KOSCIANIUK, suffered damages of a personal and pecuniary nature.

WHEREFORE, the plaintiff, GEORGE KOSCIANIUK, demands judgment against the defendant, SADEK ALZOKARI, Individually, in an amount in excess of the jurisdictional limit of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

## COUNT III
### *Negligence v. United Transport, Inc.*

1. Illinois has jurisdiction over this matter pursuant to 735 ILCS 5/2-209(a)(2) and venue is proper pursuant to 735 ILCS 5/2-101.

2. On December 10, 2019, and at all times material, the defendant, UNITED TRANSPORT, INC., was a corporation organized and existing pursuant to the laws of the State of Indiana.

6

FILED DATE: 8/17/2021 10:33 AM    2021L005789

3.    On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an employee of UNITED TRANSPORT, INC., acting within the course and scope of that relationship.

4.    On December 10, 2019, and at all times material, the defendant, SADEK ALZOKARI, was an actual and/or apparent agent of UNITED TRANSPORT, INC., acting within the course and scope of that relationship.

5.    On and before December 10, 2019, 159th Street was a roadway running in an east/west direction at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

6.    On and before December 10, 2019, Farrell Road was a roadway running in a north/south direction at or nears its intersection with 159th Street in the City of Lockport, County of Will, State of Illinois.

7.    On December 10, 2019, the plaintiff, GEORGE KOSCIANIUK, owned, operated, managed, maintained and/or controlled a motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

8.    On December 10, 2019, the defendant, UNITED TRANSPORT, INC., by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owned, operated, managed, maintained and/or controlled a commercial motor vehicle traveling eastbound on 159th Street at or near its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

9.    On December 10, 2019, the motor vehicle then and there being operated by GEORGE KOSCIANIUK was stopped at a red light on Eastbound 159th Street at its intersection with Farrell Road in the City of Lockport, County of Will, State of Illinois.

FILED DATE: 8/17/2021 10:33 AM   2021L005789

10.     On December 10, 2019, the commercial motor vehicle owned, operated, controlled and/or managed by the defendant, UNITED TRANSPORT, INC., by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, failed to stop and came into violent contact with the motor vehicle then and there being operated by the plaintiff, GEORGE KOSCIANIUK.

11.     At all times relevant, the defendant, UNITED TRANSPORT, INC., by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, owed a duty of reasonable care to members of the public including the plaintiff, GEORGE KOSCIANIUK, in the operation of a commercial motor vehicle.

12.     On December 10, 2019, the defendant, UNITED TRANSPORT, INC., by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, was negligent in one or more of the following ways:

    a.    Carelessly and negligently operated, owned, managed, maintained, and/or controlled, and drove a commercial motor vehicle into a collision with the motor vehicle behind the vehicle then and there being operated by the plaintiff;

    b.    Carelessly and negligently operated its commercial motor vehicle without keeping proper lookout;

    c.    Carelessly and negligently proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, or which endangered the safety of persons;

    d.    Carelessly and negligently failed to decrease speed so as to avoid colliding with another vehicle;

    e.    Carelessly and negligently failed to equip said commercial motor vehicle with adequate brakes;

    f.    Carelessly and negligently failed to give audible warning with its horn when such warning was reasonably necessary to insure safety;

    g.    Carelessly and negligently failed to yield the right-of-way to motor vehicle being driven by GEORGE KOSCIANIUK, JR.;

    h.    Carelessly and negligently failed to exercise due care;

    i.    Carelessly and negligently inspected, serviced, or otherwise mechanically maintained the commercial motor vehicle, by and through its authorized agents and employees, at the facility located at its principal place of business;

FILED DATE: 8/17/2021 10:33 AM   2021L005789

    j.      Failed to investigate SADEK ALZOKARI's background in operating commercial motor vehicles;

    k.      Carelessly and negligently hired SADEK ALZOKARI to act as a commercial motor vehicle driver;

    l.      Negligently entrusted SADEK ALZOKARI to drive a commercial motor vehicle; and/or

    m.     Failed to properly supervise SADEK ALZOKARI.

13.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, UNITED TRANSPORT, INC., by and through its authorized agent and employee, including but not limited to SADEK ALZOKARI, the plaintiff, GEORGE KOSCIANIUK, suffered damages of a personal and pecuniary nature.

WHEREFORE, the plaintiff, GEORGE KOSCIANIUK, demands judgment against the defendant, UNITED TRANSPORT, INC., an Indiana Corporation, by and through its authorized agents and employees, including but not limited to, SADEK ALZOKARI, in an amount in excess of the jurisdictional limit of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00).

Respectfully submitted,

_____
Attorney for Plaintiff

Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
**McNABOLA & ASSOCIATES, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
tom@injuryillinois.com
Atty No. 60615

TRT/kh                 File No. 20N-003             Atty No: 60615

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| GEORGE KOSCIANIUK,          ) | |
|                             ) | |
|        Plaintiff,           ) | |
|                             ) | |
|        v.                 ) | Case No. |
|                             ) | |
| ZOKAR LOGISTICS, INC., a       ) | **JURY DEMAND** |
| Michigan Corporation, by and through its   ) | |
| authorized agents and employees, including but not ) | |
| limited to, SADEK N. ALZOKARI, and    ) | |
| SADEK N. ALZOKARI, individually,    ) | |
|                             ) | |
|        Defendants.       ) | |

***JURY DEMAND***

The undersigned demands a jury trial.

_____

Attorney for the Plaintiff

Thomas R. Trench, Esq.
**MCNABOLA & ASSOCIATES, LLC**
161 N. Clark Street, Suite 2550
Chicago, IL 60601
(312) 888-7000
ted@injuryillinois.com

7

TRT/kh

File No. 20N-003

Atty No: 60615

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED
6/4/2021 3:26 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

| | |
|---|---|
| GEORGE KOSCIANIUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZOKAR LOGISTICS, INC., a | ) |
| Michigan Corporation, by and through its | ) |
| authorized agents and employees, including but not | ) |
| limited to, SADEK N. ALZOKARI, and | ) |
| SADEK N. ALZOKARI, individually, | ) |
| | ) |
| Defendants. | ) |

Case No. **2021L005789**

**JURY DEMAND**

## *AFFIDAVIT*

I, Thomas R. Trench, Esq., the affiant on oath states:

The total of money damages sought in this matter does exceed $50,000.00.

Attorney for Plaintiff

SUBSCRIBED AND SWORN to me
Before this _____ day of _____ June _____ 2021.

NOTARY PUBLIC

TAMMY RICHTER
Official Seal
Notary Public - State of Illinois
My Commission Expires Oct 31, 2022

## AFFIDAVIT OF SERVICE

| Case: 21 L 5789 | Court: Circuit | County: Cook, IL | Job: 6078396 |
|---|---|---|---|
| Plaintiff / Petitioner: Koscianiuk | | Defendant / Respondent: Zokar Logistics et al | |
| Received by: Edward Tomaszek | | For: McNABOLA & ASSOCIATES | |
| To be served upon: United Transport Inc | | | |

I, Edward Tomaszek, being duly sworn, depose and say: In accordance with 735 ILCS 5/2-202 I left a copy of the documents with an authorized agent to accept service.

**Recipient Name / Address:**   Diane Zilys, 3640 179TH ST, HAMMOND, IN 46323

**Manner of Service:**   Agency, Sep 3, 2021, 11:25 am CDT

**Documents:**   SUMMONS et al

**Additional Comments:**
Successful Attempt: Sep 3, 2021, 11:25 am CDT at 3640 179TH ST, HAMMOND, IN 46323 received by Diane Zilys. Age: 45; Ethnicity: Caucasian; Gender: Female.

_____         09/08/2021
Edward Tomaszek                                         Date

Edward Tomaszek
Registration #129.257873 exp 05/31/24, Agent of Keeley
Investigations Inc, Agency License #117.001681 exp 08/31/2023

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

_____
Date                            Commission Expires

9-8-21

OFFICIAL SEAL
GERALD KEELEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 2/9/2025

# Exhibit B

# ILLINOIS TRAFFIC CRASH REPORT

Sheet __1__ of __1__ Sheets

**IY003**   * X001776015 *

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | | TRFW |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U1 1 | U2 1 | 3 | 4 | 1 | 7 U1 | 1 U2 | 1 U1 | 1 U1 | 11 U1 | 1 U2 11 | 14 |

| | | VEHT |
|---|---|---|
| INVESTIGATING AGENCY: Lockport Police Department | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY: ☑ $500 OR LESS ☐ $501 - $1,500 ☐ OVER $1,500 | 7 |

TYPE OF REPORT: ☑ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED

☑ A No Injury / Drive Away
☐ B Injury and / or Tow Due to Crash

YR **19**   AGENCY CRASH REPORT NO. **L19-24365**

**15** # LNS **0**

ADDRESS NO.   HIGHWAY OR STREET NAME **159TH ST**

☑ City  Township ☐   **LOCKPORT**

INTERSECTION RELATED ☑ Y ☐ N

DATE OF CRASH **12/10/2019**   TIME **3:48** ☐ AM ☑ PM

SECONDARY CRASH ☐ YES ☑ NO

FLOW CONDITION ☐ SLOW ☑ STOPPED ☐ FREE FLOW

(CIRCLE) FT / MI N S E W   (CIRCLE)  **FARRELL RD**
☑ AT INTERSECTION WITH   (NAME OF INTERSECTION OR ROAD FEATURE)

COUNTY **WILL**

PRIVATE PROPERTY ☐ Y ☑ N
HIT & RUN ☐ Y ☑ N

DOORING WITH PEDALCYCLIST? ☐ Y ☑ N
# OF MOTOR VEHICLES INVLD **2**

## UNIT 1

☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV
NAME (LAST, FIRST, M): **ALZOKARI, SADEK N**

DATE OF BIRTH **10/5/1985**  mo / day / yr

MAKE **FREIGHTLINER**   MODEL **2000 TT**   YEAR

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): ☑ NONE  13 - UNDER CARRIAGE  14 - TOTAL (ALL)  15 - OTHER  99 - UNKNOWN

STREET ADDRESS **6299 PINECROFT CT**

| SEX **M** | SAFT **2** | AIR **4** |

AUTOMATION SYSTEM ☐ Y ☑ NO ☐ UNK   LEVEL IN VEH. **0**   LEVEL ENGAGED AT CRASH

CITY **FLINT**   STATE **MI**   ZIP **48532**

| INJ **O** | EJCT **1** | EPTH **0** |

PLATE NO. **RB70481**   STATE **MI**   YEAR **2020**

POINT OF FIRST CONTACT **12**

PHONE NUMBER **(313) 327-4726**   DRIVER LICENSE NO. **A422758622767**

STATE **MI**   CLASS **CA**   CDL ID **7**
VIN **3ALXFBCG9GDGX3878**

INSURANCE CO. **Great American Assurance**   EXPIRED ☐ Y ☑ N

EMS AGENCY **Homer Township Fire Protection District**

| PEDV **9** | PPA **99** | PPL **9** |

VEHICLE OWNER (LAST, FIRST, M) **ALZOKARI, SADEK N**
POLICY NO. **ATP2687205**

HOSPITAL (TAKEN TO) **Refused**

INCIDENT RESPONDER ☐ Y ☑ N   IF "Y"

OWNER STREET, CITY, STATE, ZIP **6299 PINECROFT CT FLINT, MI 48532**
PHONE NUMBER **(313) 327-4726**

TOWED DUE TO CRASH ☐ Y ☑ N
FIRE ☐ ☑
DISTRACTED ☐ ☑
* Distraction Value
COM VEH ☐ ☑
* IF YES SEE SIDEBAR

VEHU **21**   ALIGN **1**   RSUR **1**

## UNIT 2

☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV
NAME (LAST, FIRST, M): **KOSCIANIUK JR, GEORGE Z**

DATE OF BIRTH **4/23/1974**

MAKE **HUMMER**   MODEL **H3**   YEAR **2006**

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE  13 - UNDER CARRIAGE  14 - TOTAL (ALL)  ⑮ OTHER  99 - UNKNOWN

STREET ADDRESS **1301 PRODEHL DR**

| SEX **M** | SAFT **2** | AIR |

AUTOMATION SYSTEM ☐ Y ☑ NO ☐ UNK   LEVEL IN VEH. **0**   LEVEL ENGAGED AT CRASH **0**

CITY **LOCKPORT**   STATE **IL**   ZIP **60441**

| INJ **O** | EJCT **1** | EPTH **0** |

PLATE NO. **R142636**   STATE **IL**   YEAR **2020**

POINT OF FIRST CONTACT **6**

PHONE NUMBER **(708) 218-3723**   DRIVER LICENSE NO. **K252-3197-4116**

STATE **IL**   CLASS **D**   CDL ID **0**
VIN **5GTDN136668289218**

INSURANCE CO. **Nat Gen Premier**   EXPIRED ☐ Y ☑ N

EMS AGENCY **Homer Township Fire Protection District**

| PEDV **9** | PPA **99** | PPL **9** |

VEHICLE OWNER (LAST, FIRST, M) **KOSCIANIUK JR, GEORGE Z**
POLICY NO. **2006806870**

HOSPITAL (TAKEN TO) **Refused**

INCIDENT RESPONDER ☐ Y ☑ N   IF "Y"

OWNER ADDRESS (STREET, CITY, STATE, ZIP) **1301 PRODEHL DR LOCKPORT, IL 60441**
PHONE NUMBER **(708) 218-3723**

VEHU **2**   SPDR **0**   RDEF **1**   BAC **996**

## PASSENGERS & WITNESSES ONLY

(UNIT) (SEAT)  (DOB)  (SEX) (SAFT) (AIR)  (INJ) (EJCT) EPTH   (NAME) / (ADDR) / (TEL)  (HOSP)  (EMS)

**996**  # OCCS

---

| | (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | POLICE NOTIFIED | TIME | | |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 1 | ☑ | 11 | 4 | | | 12/10/2019 | 3:48 ☐ AM ☑ PM | Did crash occur in a Work Zone? ☐ Y ☑ N | |
| | 2 | ☐ | | | PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP | PRIMARY **03**  SECONDARY **28** | EMS NOTIFIED 12/10/2019 | 4:00 ☐ AM ☑ PM | IF YES check one below: ☐ Construction | |
| | 3 | ☐ | | | ☐ CITATIONS ISSUED ☐ PENDING   SECTION   CITATION NO. | | EMS ARRIVED 12/10/2019 | 4:16 ☐ AM ☑ PM | ☐ Maintenance | |
| UNIT 2 | 1 | ☑ | 11 | 4 | ARREST NAME | | ROAD CLEARANCE 12/10/2019 | 3:48 ☐ AM ☑ PM | ☐ Utility | |
| | 2 | ☐ | | | ☐ CITATIONS ISSUED ☐ PENDING   SECTION   CITATION NO. | | | | ☐ Unknown work zone type | |
| | 3 | ☐ | | | ARREST NAME | | COURT DATE | ☐ AM ☐ PM | | |

OFFICER ID. **33**   SIGNATURE **Ken Stevenson**   BEAT / DIST. **2**   SUPERVISOR ID. **Shaun Kelly, 42**   Workers present? ☐ Y ☑ N

DRP **3**   SLMT **45**   **45**

**X001776015**

A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival.



**NARRATIVE (refer to vehicle by unit #)**

Unit 1 EB 159th St (9th St) advised Unit 2 stopped abruptly so he went to hit his brakes and pressed the clutch instead at first then he struck unit 2 lightly. Unit 2 EB 159th St (9th St) advised as he stopped for the light at Farrell Rd. unit 2 struck him from behind.

End KS #33

**LOCAL USE ONLY**

| U1 COLOR | Yellow | U2 COLOR | Black | U1 Race: W | | U2 Race: |
|---|---|---|---|---|---|---|

| U1 TOWED DUE TO | ☐ DISABLING DAMAGE | ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: **0** | U1 TOWED BY / TO : |
|---|---|---|---|---|

| U2 TOWED DUE TO | ☐ DISABLING DAMAGE | ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: **1** | U2 TOWED BY / TO : |
|---|---|---|---|---|

---

## LARGE TRUCK, BUS, OR HM VEHICLE

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination): or

2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus): or

3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car): or

4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose): or

5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT **1**

CARRIER NAME **ZOKAR LOGISTICS INC**

ADDRESS **1999 TROWBRIDGE ST**

CITY/STATE/ZIP **HAMTRAMCK, MI 48212**

MOTOR CARR. ID ☑ Interstate ☐ Intrastate
☐ Not In Comm./Govt. ☐ Not In Comm./Other

USDOT NO. **1761786** ILLCC NO. _____

Source of above
☑ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

GVWR/GCWR
☐ <10,000 ☐ 10,000 - 26,000 ☑ >26,000

Were HAZMAT placards on vehicle? ☐ Yes ☑ No

If yes, name on placard _____

4 digit UN NO. _____ 1 digit Hazard Class NO. _____

Did HAZMAT Spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes ☑ No ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☑ No ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☑ No ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?

HAZMAT ☐ Yes ☑ No ☐ Unknown Out of Service ☐ Yes ☐ No
MCS ☐ Yes ☑ No ☐ Unknown Out of Service ☐ Yes ☐ No

Form Number _____

IDOT PERMIT NO. _____ WIDELOAD? ☐ Y ☑ N

TRAILER VIN 1 _____

TRAILER VIN 2 _____

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☑ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S) 1 _____ ft 2 _____ ft

TOTAL VEHICLE LENGTH _____ ft NO. OF AXLES _____

SELECT CODES FROM BACK OF CRASH BOOKLET

VEHICLE CONFIG. **6** CARGO BODY TYPE **03** LOAD TYPE **5**

# Exhibit C

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
10/09/2021 06:24 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **UNITED TRANSPORT INC.** | Business ID: | **2008041600228** |
| Entity Type: | **Domestic For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **04/16/2008** | Inactive Date: | |
| Principal Office Address: | **3640 179TH ST., HAMMOND, IN, 46323, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **04/30/2022** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Irmantas Zilys | 3640 179TH ST., Hammond, IN, 46323, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| IRMANTAS ZILYS | Incorporator | 8300 BROADWAY, UNIT D1-A, MERRILLVILLE, IN, 46410, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **IRMANTAS ZILYS** |
| Address: | **3640 179TH ST., HAMMOND, IN, 46323, USA** |

# Exhibit D



**ID Number: 801991971**      Request certificate    Return to Results    New search

**Summary for: ZOKAR LOGISTICS INC.**

**The name of the DOMESTIC PROFIT CORPORATION:**   ZOKAR LOGISTICS INC.

---

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number: 801991971**   **Old ID Number:** 07410X

---

**Date of Incorporation in Michigan:** 04/03/2017

---

**Purpose:** All Purpose Clause

---

**Term:** Perpetual

---

**Most Recent Annual Report:** 2019      **Most Recent Annual Report with Officers & Directors:** 2018

---

**The name and address of the Resident Agent:**

Resident Agent Name:      SADEK NAJI ALZOKARI

Street Address:      1999 TROWBRIDGE ST

Apt/Suite/Other:

City:      HAMTRAMCK      State: MI      Zip Code:   48212

**Registered Office Mailing address:**

P.O. Box or Street Address:

Apt/Suite/Other:

City:      State:      Zip Code:

---

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
| --- | --- | --- |
| PRESIDENT | SADEK NAJI ALZOKARI | 1999 TROWBRIDGE HAMTRAMCK, MI 48212 USA |
| TREASURER | SADEK NAJI ALZOKARI | 1999 TROWBRIDGE HAMTRAMCK, MI 48212 USA |
| SECRETARY | SADEK NAJI ALZOKARI | 1999 TROWBRIDGE HAMTRAMCK, MI 48212 USA |
| DIRECTOR | SADEK NAJI ALZOKARI | 1999 TROWBRIDGE HAMTRAMCK, MI 48212 USA |

---

**Act Formed Under:** 284-1972 Business Corporation Act

---

**Total Authorized Shares:** 60,000

---

☐ **Written Consent**

---

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process      Transparency      Office of Regulatory Reinvention      State Web Sites

Michigan.gov Home      ADA      Michigan News      Policies

Copyright 2021 State of Michigan